

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00644-CR

Fred Douglas **BUTLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR11810
Honorable Michael E. Mery, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: October 30, 2024

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We grant appellant's motion and dismiss this appeal. *See id.*

Appellant has requested expedited issuance of the mandate. We order the chief deputy clerk of the court to immediately issue the mandate. *See* TEX. R. APP. P. 18.1(c).

PER CURIAM

DO NOT PUBLISH